**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANDRES MARQUEZ MARQUEZ,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 5:26-CV-03906-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus filed November 19, 2026 (ECF No. 12), IT IS ADJUDGED that the Petition is denied.

DATED: November 20, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE